**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| KELVIN M. LEROY, | : | |
| Petitioner, | : | 1:08-CV-90008 (WLS) |
| | : | 28 U.S.C. § 2255 |
| v. | : | |
| | : | 1:07-CR-6 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on March 11, 2008. (Doc. 31). It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 30) be **DENIED**. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 31) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 30) is **DENIED**.

**SO ORDERED**, this 3rd day of July, 2008.

/s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1